# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

# ORIGINAL

UNITED STATES OF AMERICA )
                      vs. )     Crim. No. 03-14 Erie

BRYAN SCOTT MORTIMER )

    Defendant. )

## ORDER

AND NOW, to-wit, this 22nd day of June, 2005, the Court having held a re-sentencing hearing upon remand from the United States Court of Appeals for the Third Circuit, it is HEREBY ORDERED, ADJUDGED, and DECREED that the Court's original sentence imposed on October 14, 2003 (Doc. 28), a total of 96 months' imprisonment, be and hereby is reduced to 56 months' imprisonment.

The original term of 3 years supervised release will not be reduced. All other conditions of supervision previously imposed will remain unchanged and in full force and effect.

_Maurice B. Cohill, Jr._
Maurice B. Cohill, Jr.
Senior United States District Judge

cc:    Counsel of record
        Bureau of Prisons
        Probation
        U.S. Marshall

CERTIFIED FROM THE RECORD
Date 9-26-05
ROBERT V. BARTH, JR., CLERK
By _Angela M. Myers_
                      Deputy Clerk

9-29-05
Amended order received at LSCI Allenwood, White Deer PA 17887, Karen F. Hogsten, Warden. copy to USM-PAW & union unit.
Efny, LK